IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANGELA McNALLY | Criminal No. 2:24-cr-263<br><br>(18 U.S.C. § 1014) |

## INFORMATION

## COUNT ONE

The United States Attorney charges:

On or about March 16, 2021, in the Western District of Pennsylvania, the defendant, ANGELA McNALLY, did knowingly make false statements in a residential loan application submitted by the defendant, ANGELA McNALLY, to Victorian Finance LLC, a mortgage lending business as defined in Title 18, United States Code, Section 27, which was insured by the Federal Housing Administration, for the purpose of influencing the action of Victorian Finance, LLC, to secure a loan, in that the defendant, ANGELA McNALLY, falsely stated and represented in the residential loan application that she was employed by the United States Postal Service and earned a gross monthly income of $4,520, whereas in truth and fact, as the defendant, ANGELA McNALLY, well knew, such statements were false, fictitious and fraudulent in that she was not employed by the United States Postal Service nor was her gross monthly income $4,520.

In violation of Title 18, United States Code, Section 1014.

## FORFEITURE ALLEGATIONS

1. The United States hereby gives notice to the defendant, ANGELA McNALLY, charged in Count One, that upon her conviction of any such offense, the government will seek forfeiture in accordance with Title 18, United States Code, Section 982(a)(2)(A), which requires any person convicted of such offense to forfeit any property constituting or derived from proceeds obtained directly or indirectly as a result of such offense.

2. If any of the forfeitable property, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant, ANGELA McNALLY, up to the value of the forfeitable property.

_____
ERIC G. OLSHAN
United States Attorney
IL ID No. 6290382

_____
NICOLE A. STOCKEY
Assistant United States Attorney
PA ID No. 306955